### DICKINSON et al. v. STATE.

No. 8893—Opinion Filed April 30, 1918.

(172 Pac. 792.)

**Criminal Law—Appellate Jurisdiction—Statute—Motion to Dismiss.**

Same as in No. 8892, ante, p. 24, 172 Pac. 791.

(Syllabus by Stewart, C.)

Error from County Court, Grant County; C. W. Stephenson, Judge.

The county attorney of Grant county filed information on behalf of the State, as plaintiff, against Jacob M. Dickinson and H. U. Mudge, receivers of the Chicago, Rock Island & Pacific Railway Company. Judgment for the State, and defendants bring error. Dismissed.

C. O. Blake, John E. DuMars, R. J. Roberts and W. H. Moore, for plaintiff in error.

Opinion by STEWART, C. This is a companion case to No. 8892, Jacob M. Dickinson et al. v. State, ante, p. 24, 172 Pac. 791, in which an opinion has just been rendered dismissing the appeal. The two cases involve similar facts and the same propositions of law, and, by agreement, were consolidated in this court.

For the reasons given in the opinion in cause No. 8892, the appeal is dismissed.

By the Court: It is so ordered.